■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR MOORE, Appellant. [751 NYS2d 905] —Appeal from a judgment of Onondaga County Court (Merrill, J.), entered December 12, 2001, which revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Contrary to defendant's contention, the sentence is not unduly harsh or severe. Defendant's remaining contentions are not preserved for our review (*see* CPL 470.05 [2]), and we decline to exercise our power to review them as a matter of discretion in the interest of justice (*see* 470.15 [6] [a]). Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Burns and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES G. GWIN, Appellant. (Appeal No. 1.) [751 NYS2d 808] —Appeal from a judgment of Oneida County Court (Dwyer, J.), entered April 27, 2000, convicting defendant upon his plea of guilty of felony driving while intoxicated.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Burns and Lawton, JJ.